MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
　　　　bundickj@gtlaw.com
　　　　hoguem@gtlaw.com

*Counsel for Defendant*
*Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEANNA HERR, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Defendant. | Case No.: 2:20-cv-01002-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Defendant ALLEGIANT AIR, LLC ("Allegiant"), by and through its undersigned counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff DEANNA HERR ("Herr"), by and through her undersigned counsel, the law firm of Semenza Kircher Rickard, hereby stipulate and agree to extend the time for Allegiant to file an answer or other responsive pleading to Herr's Complaint, up to and including thirty (30) days after a decision is issued on the pending motion for an order consolidating *Rebecca Bratcher v. Allegiant Travel Company*, Case No. 2:20-cv-00767-APG-BNW (D. Nev. 2020) (the "*Bratcher* Action") with this case. Good cause exists to grant this Stipulation, based on the following:

1  WHEREAS, on June 5, 2020, this case was transferred to this Court pursuant to a stipulation
2  and order directing transfer from the Eastern District of Michigan (ECF Nos. 8, 9);

3  WHEREAS, pursuant to the terms of the stipulation and order transferring this case from the
4  Eastern District of Michigan, Allegiant's response to Herr's Complaint is due on July 6, 2020 (ECF
5  No. 8);

6  WHEREAS, on June 5, 2020, in the *Bratcher* Action, Plaintiff Rebecca Bratcher filed a
7  motion for an order consolidating the *Bratcher* Action with this case (the "Consolidation Motion");

8  WHEREAS, on June 11, 2020, in this case, Rebecca Bratcher also filed a motion to
9  intervene for the limited purpose of seeking consolidation (ECF No. 13);

10  WHEREAS, like this case, the *Bratcher* Action is a putative class action pending in the
11  District of Nevada that concerns consumer refunds on Allegiant flights as a result of the COVID-19
12  pandemic;

13  WHEREAS, if the Consolidation Motion is granted, the parties anticipate a consolidated
14  complaint will be filed that supersedes Herr's Complaint;

15  WHEREAS, to proceed efficiently and orderly, the parties met and conferred in good faith,
16  and agreed that Allegiant's response to Herr's claims should follow a decision on the Consolidation
17  Motion and the filing of a consolidated complaint, if consolidation is ordered;

18  WHEREAS, the parties also advise the Court that this case and the *Bratcher* Action are the
19  subject of a motion to transfer both cases, along with dozens of other COVID-19 airline ticket
20  refund cases, pending before the Judicial Panel on Multi-District Litigation (MDL No. 2957) (the
21  "MDL Transfer Motion");

22  WHEREAS, the MDL Transfer Motion seeks transfer to the Northern District of Illinois;

23  WHEREAS, responses to the MDL Transfer Motion are due on July 9, and replies are due
24  on July 16;

25  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Herr and Allegiant,
26  subject to the Court's approval, that:

27  The deadline for Allegiant to respond to Herr's Complaint shall be extended until thirty (30)
28  days after a decision is issued on the pending Consolidation Motion, as follows:

(a) If the Consolidation Motion is granted and a consolidated complaint is ordered to be filed, Allegiant's response to that consolidated complaint shall be due thirty (30) days after its filing.

(b) In the event of denial of the Consolidation Motion, Allegiant's response to Herr's Complaint shall be due thirty (30) days after entry of an Order issuing such denial.

**IT IS SO STIPULATED.**

DATED this 1st day of July, 2020.      DATED this 1st day of July, 2020.

**GREENBERG TAURIG, LLP**              **SEMENZA KIRCHER RICKARD**

/s/ Jacob D. Bundick                    /s/ Lawrence J. Semenza, III
MARK E. FERRARIO, ESQ.                  LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No. 1625                     Nevada Bar No. 7174
JACOB D. BUNDICK, ESQ.                  CHRISTOPHER D. KIRCHER, ESQ.
Nevada Bar No. 9772                     Nevada Bar No. 11176
MICHAEL R HOGUE, ESQ.                   JARROD RICKARD, ESQ.
Nevada Bar No. 12400                    Nevada Bar No. 10203
10845 Griffith Peak Drive, Suite 600    KATIE L. CANNATA, ESQ.
Las Vegas, Nevada 89135                 Nevada Bar No. 14848
                                        10161 Park Run Drive, Suite 150
*Counsel for Defendant*                 Las Vegas, Nevada 89145
*Allegiant Air, LLC*

                                        **LIDDLE AND DUBIN PC**
                                        DAVID R. DUBIN, ESQ. (*Pro Hac Vice*)
                                        NICHOLAS A. COULSON, ESQ. (*Pro Hac Vice*)
                                        975 East Jefferson Avenue
                                        Detroit, Michigan 48207

                                        *Counsel for Plaintiff*
                                        *Deanna Herr*

**ORDER**

**IT IS SO ORDERED.**

DATED this  2nd  day of  July , 2020.

_____
UNITED STATES MAGISTRATE JUDGE